UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KATHRYN A. FORD,

    Plaintiff,

v.                                           Case No: 8:06-cv-1296-T-23MSS

FABER & GITLITZ, P.A., STUART H.
GITLITZ, ARTHUR E. LEWIS, U.S.
BANK NATIONAL ASSOCIATION,
MORTGAGE ELECTRONIC SYSTEMS,
INC., and ONE OR MORE JOHN
or JANE SMITHS,

    Defendants.
_____/

**ORDER**

    Kathryn Ford files a two-count second amended complaint against Faber & Gitlitz, P.A. ("F&G"), Stuart H. Gitlitz, Arthur E. Lewis, U.S. Bank National Association ("U.S. Bank"), Mortgage Electronic Registration Systems, Inc. ("MERS"), and one or more John or Jane Smiths. Ford sues each defendant for violating the Florida Consumer Collection Practices Act, § 559.55, Florida Statutes, *et seq.* (the "Florida act"), and sues F&G, Gitlitz, and Lewis for violating the Fair Debt Collection Practices Act, 15 U.S.C. § 1692 *et seq.* (the "Federal act"). MERS moves to dismiss the second amended complaint.

MERS's motion (Doc. 42) to dismiss for failure to state a claim is **DENIED**.[1]  See Paragraphs 2 and 10(b) of the Second Amended Complaint (Doc. 40) and Randolph v. IMBS, Inc., 368 F.3d 726 (7th Cir. 2004).  MERS shall file an answer to Ford's second amended complaint on or before **January 15, 2007**.

ORDERED in Tampa, Florida, on December 29, 2006.

STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE

cc:   US Magistrate Judge
      Courtroom Deputy

---

[1] MERS's request for an order pursuant to 28 U.S.C. § 1292(b) is **DENIED**.